United States District Court, Southern District of California
(The Honorable Larry Alan Burns)

| United States of America, | Case No. 3:20-cr-1434-LAB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENSE COUNSEL'S MOTION FOR A DETERMINATION OF DEFENDANT'S COMPETENCY (DOC. 70)** |
| v. | |
| Ramon Palacios | |
| Defendant. | |

The question of the mental competency of Defendant, Ramon Palacios, having been raised, and the Court being advised that there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his own defense, and the Court finding that a mental examination of the Defendant under Title 18, United States Code, Section 4241 is appropriate,

**IT IS ORDERED** that an MCC psychiatrist or psychologist ("examiner") be appointed to examine the Defendant to determine:

(1) Whether the Defendant is competent to understand the nature and consequences of the proceedings against him; and

(2) Whether the Defendant is competent to assist properly in his defense.

The evaluation shall be prepared pursuant to Title 18, United States Code, Section 4247(c)(1) – (c)(4)(A) and shall include:

(1) the Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his own defense.

Pursuant to Title 18, United States Code, Section 316l(h)(l)(A), the Court finds that the period necessary for the examination shall be excluded from Speedy Trial Act calculations.

**IT IS FURTHER ORDERED** that such examination be conducted at Metropolitan Correction Center, San Diego ("MCC") located at 808 Union St, San Diego, CA 92101.

**IT IS FURTHER ORDERED** that the examiner have access to medical, forensic, and psychological files at MCC and El Centro GEO related to Defendant.

**IT IS FURTHER ORDERED** that such examination be at the expense of the United States Department of Justice.

**IT IS FURTHER ORDERED** that the time necessary for the examination shall be excluded under the Speedy Trial Act.

**IT IS FURTHER ORDERED** that the written report must be sent to the Honorable Larry A. Burns no later than December 17, 2021 and copies provided to The Honorable Larry A. Burns, United States Courthouse 333 West Broadway San Diego, CA 92101; with copies of the report to Deputy Federal Defenders, Marc Levinson and Timothy R. Garrison, 225 Broadway, #900, San Diego, California 92101; and Assistant United States Attorneys, Stephen Wong and Alicia Williams, 880 Front Street, Room 6293, San Diego, California 92101, as provided in 18 U.S.C. § 3161(h)(1)(A).

A Competency Hearing shall be scheduled for December 20, 2021 at 2:00p.m. before the Hon. Larry A. Burns. The report shall be provided to the Court on or before December 17, 2021. If the examiner requires additional time for testing and examination, a request to extend the time for the report shall be made directly to U.S. District Judge, Larry A. Burns.

**IT IS SO ORDERED.**

Date: November 8, 2021

*Larry A. Burns* (signature)
Hon. Larry A. Burns
United States District Judge